UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10325-PA (MRW) | Date | July 9, 2012 |
|---|---|---|---|
| Title | Juan Baselli v. Michael J. Astrue | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| | n/a | n/a |

**Proceedings:**    (IN CHAMBERS) ORDER OF DISMISSAL

The above captioned matter is dismissed.

|  | 0 : 00 |
|---|---|
| | Initials of Preparer    vm |